THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICO LEGRAND, Appellant.

Submitted January 8, 2007; decided January 11, 2007

Motion by Innocence Project, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.